# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COU[...]
SAVANNAH DIV.

2012 AUG 31  PM 12:5[...]

CLERK [signature]
SO. DIST. OF GA.

MICHAEL L. PITTS,                )
                                    )
     Plaintiff,                )
                                      )
v.                                )     Case No. CV412-189
                                      )
OFFICER BOBBY WAITERS;            )
CHATHAM COUNTY, GEORGIA,          )
                                      )
     Defendants.                )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 31st day of August, 2012.

[signature]

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA