FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 31 PM 12: 5
CLERK B. W_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL L. PITTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-189 |
| | ) |
| OFFICER BOBBY WAITERS; | ) |
| CHATHAM COUNTY, GEORGIA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 31ST day of August, 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA