# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL L. PITTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV412-189 |
| | ) |
| OFFICER BOBBY WAITERS; | ) |
| CHATHAM COUNTY, GEORGIA | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

This Court's Scheduling Notice, directing *pro se* plaintiff Michael L. Pitts to comply with various deadlines, doc. 13, has been returned as undeliverable, as plaintiff is no longer at that address. Doc. 14. Pitts has neglected to provide the Court with a current mailing address despite his continuing duty to do so. S.D. Ga. LR 11.1. Without a litigant's current mailing address, the Court cannot move the case forward or even communicate with him. Hence, this case amounts to no more than dead wood, and the Court has the inherent power to prune the case from its docket. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. LR

41(b); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this __7th__ day of January, 2013.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA